| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Timothy J Yoo<br>Levene Neale Bender Yoo & Brill LLP<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067<br><br>310−229−1234<br><br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| In re:<br><br>Cascada Arroyo Corp<br><br><br>Debtor(s). | CASE NO.: 2:17−bk−19185−RK<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 2:17−ap−01515−RK |
|---|---|
| Wesley H Avery<br><br><br>Plaintiff(s)<br>Versus<br><br>Johnny Uzquiano<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left−hand corner of this page. The deadline to file and serve a written response is **11/27/2017.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
   **Date:**           **January 9, 2018**
   **Time:**           **01:30 PM**
   **Hearing Judge:**  **Robert N. Kwan**
   **Location:**       **255 E Temple St., Crtrm 1675, Los Angeles, CA 90012**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                  Page 1                                  **F 7004−1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: October 27, 2017

By: "s/" Shafari Tatum

Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*     Page 2     **F 7004–1.SUMMONS.ADV.PROC**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Wesley H Avery | Johnny Uzquiano<br>Maria Elena San<br>John Diego Risso<br>Miguel Hernandez<br>Ricardo Marin<br>Jessica Vidal<br>Panfilo Gonzales<br>Alberta Garcia<br>Joel Morales<br>Roman Morales<br>Karen Martinez<br>Violeta Uzquiano<br>Sigma Realty |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.
**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **(1) COMPLAINT; (2) ADVERSARY PROCEEDING COVER SHEET; (3) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING; (4) NOTICE OF REQUIRED COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7026-1; and (5) ORDER SETTING INITIAL STATUS CONFERENCE IN ADVERSARY PROCEEDING** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*N/A*

**2. SERVED BY UNITED STATES MAIL**: On **October 27, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 27, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 30, 2017 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                **F 9013-3.1.PROOF.SERVICE**

**II. SERVED BY REGULAR MAIL:**

Johnny Uzquiano
16201 S Figueroa Street, Apt 352
Gardena, CA 90248-4802

Johnny Uzquiano
17631 Ludlow St
Granada Hills, CA 91344-4605

Violeta Uzquiano
17631 Ludlow St
Granada Hills, CA 91344-4605

Violeta Uzquiano
16201 S Figueroa Street, Apt 352
Gardena, CA 90248-4802

Maria Elena San
5931 Rugby Avenue, Apt D
Huntington Park, CA 90255-2801

Maria Elena San
11730 Musgrave Road
Oak Hills, CA 92344

John Diego Risso dba Sigma Realty
487 Springbrook N.
Irvine, CA 92614

**III. SERVED BY OVERNIGHT MAIL:**

Miguel Hernandez
417 N. Bixel Street, #1
Los Angeles, CA 90026

Ricardo Marin
417 N. Bixel Street, #2
Los Angeles, CA 90026,

Jessica Vidal
417 N. Bixel Street, #2
Los Angeles, CA 90026,

Panfilo Gonzales
417 N. Bixel Street, #3
Los Angeles, CA 90026

Alberta Garcia
417 N. Bixel Street, #3
Los Angeles, CA 90026

Joel Morales
417 N. Bixel Street, #4
Los Angeles, CA 90026

Roman Morales
417 N. Bixel Street, #4
Los Angeles, CA 90026

Karen Martinez
417 N. Bixel Street, #4
Los Angeles, CA 90026